**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| TRANS-ATLAS FINANCIAL, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:16-CV-0378-D |
| ) | |
| SHEIK TEHUTI, ) | |
|     Defendant. ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.[1]

After the magistrate judge filed her April 11, 2016 findings, conclusions, and recommendation, plaintiff filed a May 18, 2016 motion to reconsider and alter judgment, motion pursuant to UCC 1-207 and its successor 1-308, 18 USC 1371, request oath of office and anti-bribery bond verified of Rule of Evidence violate Rule 2001, and a May 18, 2016 affidavit of obligation. Plaintiff has still failed, however, to pay the filing fee or submit a fully completed application to proceed *in forma pauperis*. Accordingly, the court adopts the magistrate judge's findings, conclusions, and recommendation and dismisses this action without prejudice under Fed.

---

[1] There appear to be numerous procedural defects in the removal of this case, and it is questionable whether removal was proper. Because no motion to remand has been filed, however, the court has not addressed whether removal was proper in the first place.

R. Civ. P. 41(b) by judgment filed today.[2]

**SO ORDERED**.

May 24, 2016.

                                                      _____
                                                      SIDNEY A. FITZWATER
                                                      UNITED STATES DISTRICT JUDGE

---

[2] Ordinarily, the court would consider remanding this case rather than dismissing it. This is because a defendant should not be permitted to secure a dismissal of a lawsuit by removing it to federal court and then failing to comply with a court order. Here, however, no motion to remand has been filed, and the confusing and incomplete nature of the removal papers leads to question whether this case actually involves removed state and county court cases.